**STATE of Missouri, Respondent,**

v.

**Shawn Michael BYERS, Appellant.**

**No. WD 72001.**

Missouri Court of Appeals, Western District.

March 27, 2012.

---

1. All rule citations are to the Missouri Supreme Court Rules (2011), unless otherwise indicated.

Alexa I. Pearson, Columbia, MO, for appellant.

Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA and GARY D. WITT, Judges.

ORDER

PER CURIAM.

Shawn Byers appeals his convictions for first-degree burglary and felony stealing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).